IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-02617-KLM

ERIC S. NELSON, and
STEVE STEPHENS,

     Plaintiffs,

v.

STEPHEN E. CSAJAGHY,
CONDIT CSAJAGHY, LLC,
JAMES E. PENNINGTON, and
THE LAW OFFICES OF JAMES E. PENNINGTON, P.C.,

     Defendants.

_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

     This matter is before the Court on Defendants' **Motion for Sanctions** [#21][1] and Defendants' **Unopposed Motion to Withdraw Motion for Sanctions** [#22] (the "Withdrawal Motion"). In the Withdrawal Motion, Defendants state that they wish to withdraw their Motion for Sanctions [#21]. *Withdrawal Motion* [#22] at 2.

     IT IS HEREBY **ORDERED** that the Withdrawal Motion [#22] is **GRANTED**. Accordingly,

     IT IS FURTHER **ORDERED** that the Motion for Sanctions [#21] is **WITHDRAWN**.

     Dated: October 28, 2014

---

[1] "[#21]" is an example of the convention I use to identify the docket number assigned to a specific paper by the Court's case management and electronic case filing system (CM/ECF). I use this convention throughout this Minute Order.