IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:14-cv-02617-KLM

ERIK S. NELSON and STEVE STEPHENS,
Plaintiffs

v.

STEPHEN E. CSAJAGHY; CONDIT CSAJAGHY, LLC; JAMES E. PENNINGTON; and
THE LAW OFFICES OF JAMES E. PENNINGTON, P.C.,
Defendants

_____

**DEFENDANTS STEPHEN E. CSAJAGHY'S AND CONDIT CSAJAGHY, LLC'S
NOTICE OF RELATED CASES**

_____

Defendants Stephen E. Csajaghy and Condit Csajaghy, LLC (collectively "Csajaghy), by and through their attorneys, notifies the Court of related cases pursuant to D.C.COLO.LCivR 3.2:

1.      On September 22, 2014, Erik S. Nelson and Steve Stephens filed this lawsuit against Defendants, alleging negligent or fraudulent misrepresentation and negligent or fraudulent nondisclosure arising out of the alleged nondisclosure of insurance policies in *Sun River Energy, Inc. v. Erik S. Nelson, Steve Stephens, and Coral Capital Partners, Inc.*, United States District Court for the District of Colorado, Civil Action No. 1:11-cv-00198- MSK - MEH ("*Sun River lawsuit*").  *See* Complaint [Doc. 1].

2.      Defendants were counsel for Sun River Energy, Inc. in the *Sun River lawsuit. Id.* Messrs. Nelson and Stephens were Defendants/Counterclaimants in the *Sun River lawsuit.*

3.      Defendants were sanctioned in the *Sun River lawsuit* for their nondisclosure of potentially applicable Sun River Energy, Inc. insurance policies.  *See Sun River Energy, Inc. v. Nelson*, No. 1:11-cv-00198- MSK-MEH, 2014 U.S. Dist. LEXIS 104665, at *23 (D. Colo. July 30, 2014).

4.      On September 12, 2014, Defendants appealed the judgment awarding sanctions in the *Sun River lawsuit* to the United States Court of Appeals for the Tenth Circuit, 14-1321, *Sun River Energy, Inc. v. Nelson, et al*.

Respectfully submitted this 1st day of December, 2014.

HALL & EVANS, L.L.C.


By: *s/ Adam B. Wiens*
    John E. Bolmer
    Adam B. Wiens
    1001 Seventeenth Street, Suite 300
    Denver, CO  80202
    Telephone: 303-628-3300
    Facsimile: 303-628-3368
    bolmerj@hallevans.com
    wiensa@hallevans.com

## CERTIFICATE OF SERVICE (CM/ECF)

I hereby certify that on this 1st day of December, 2014, I electronically filed the foregoing **DEFENDANTS STEPHEN E. CSAJAGHY'S AND CONDIT CSAJAGHY, LLC'S NOTICE OF RELATED CASE** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following parties via email:

M. Gabriel McFarland
J. Lucas McFarland
Cyd Hunt
Evans & Mcfarland, LLC
910 13th St., Suite 200
Golden, CO 80401
gmcfarland@emlawyers.com
chunt@emlayers.com
*Attorneys for Plaintiffs*

James E. Pennington
Law Offices of James E. Pennington, P.C.
900 Jackson Street, Suite 440
Dallas, Texas 75202-4473
jep@jeplawyer.com
*Attorney for Defendants James E. Pennington and James E. Pennington, P.C.*

*s/ Susan E. Small, Legal Assistant to*
Adam B. Wiens
Hall & Evans, LLC
1001 Seventeenth Street, Suite 300
Denver, CO  80202
Telephone: 303-628-3300
Facsimile: 303-628-3368
wiensa@hallevans.com

3