IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-02617-CMA-KLM

ERIC S. NELSON, and
STEVE STEPHENS,

Plaintiffs,

v.

STEPHEN E. CSAJAGHY,
CONDIT CSAJAGHY, LLC,
JAMES E. PENNINGTON, and
THE LAW OFFICES OF JAMES E. PENNINGTON, P.C.,

Defendants.

---

**MINUTE ORDER**

---

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

This matter is before the Court on **Defendants' Motion to Vacate Scheduling Conference** [#47][1] (the "Motion"). In the Motion, Defendants ask the Court to "vacate the January 21, 2015 Scheduling Conference until: (1) the Motions to Dismiss the entire action are resolved; and (2) the Courts in the related cases confer to discuss whether the related cases should be reassigned under D.C.COLO.LCivR 40.1 or transferred under D.C.COLO.LCivR 40.1(c)(4)(A) in accordance with D.C.COLO.LCivR 3.2 . . . ." *Motion* [#47] at 6. In short, Defendants are asking the Court to stay this action until dispositive motions are resolved and other issues are addressed. In support of this relief, Defendants cite to several cases in which the Court considered the factors outlined in *String Cheese Incident, LLC v. Stylus Shows, Inc.*, No. 05-cv-01934-LTB-PAC, 2006 WL 894955, at *2 (D. Colo. Mar. 30, 2006) (finding that a thirty day stay of discovery was appropriate when a motion to dismiss for lack of personal jurisdiction was pending). *Id*. at 3-4. However, Defendants do not cite to *String Cheese Incident* or offer any argument regarding the *String Cheese Incident* factors. If Defendants would like to ask the Court to stay this action, they must discuss these factors. Accordingly,

---

[1] "[#47]" is an example of the convention the Court uses to identify the docket number assigned to a specific paper by the Court's case management and electronic case filing system (CM/ECF). This convention is used throughout this Minute Order.

IT IS HEREBY **ORDERED** that the Motion [#47] is **DENIED without prejudice**.

The Court further notes that the parties' proposed Scheduling Order is due on January 14, 2015. To the extent the parties would like to request an extension of this deadline, they may request a short extension by jointly calling chambers at **(303) 335-2770.**

Dated: January 14, 2015