IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-02617-CMA-KLM

ERIC S. NELSON, and
STEVE STEPHENS,

    Plaintiffs,

v.

STEPHEN E. CSAJAGHY,
CONDIT CSAJAGHY, LLC,
JAMES E. PENNINGTON, and
THE LAW OFFICES OF JAMES E. PENNINGTON, P.C.,

    Defendants.

_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on **Defendants' Motion to Vacate March 26, 2015 Scheduling Conference** [#57][1] (the "Motion"). On March 24, 2015, the Court entered an Order [#60] denying Defendants' Motion to Vacate Scheduling Conference and Stay Discovery [#51] (the "Stay Motion"). The instant Motion was filed before the Court entered its March 24, 20215 Order and requests that the Scheduling Conference be vacated for the same reasons discussed in the Stay Motion. Accordingly, for the reasons discussed in the March 24, 2015 Order [#60],

    IT IS HEREBY **ORDERED** that the Motion [#57] is **DENIED**.

    Dated: March 24, 2015

---

[1] "[#51]" is an example of the convention the Court uses to identify the docket number assigned to a specific paper by the Court's case management and electronic case filing system (CM/ECF). This convention is used throughout this Minute Order.