IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:14-cv-2617-CMA-KLM

ERIK S. NELSON and STEVE STEPHENS,

    Plaintiffs

v.

STEPHEN E. CSAJAGHY; CONDIT CSAJAGHY, LLC; JAMES E. PENNINGTON; and THE LAW OFFICES OF JAMES E. PENNINGTON, P.C.,

    Defendants

## STIPULATED RULE 502(D) ORDER

    The production of privileged or work-product protected documents, electronically stored information ("ESI") or information, whether inadvertently or otherwise, is not a waiver of the privilege or protection from discovery in this case or in any other federal or state proceeding. This Stipulated Order shall be interpreted to provide the maximum protection allowed by Federal Rule of Evidence 502(d).

    Nothing contained herein is intended to or shall serve to limit a party's right to conduct a review of documents, ESI or information (including metadata) for relevance, responsiveness and/or segregation of privileged and/or protected information before production.

/s/ M. Gabriel McFarland
M. Gabriel McFarland
Evans & McFarland, LLC
910 13th St., Suite 200
Golden, Colorado 80401
Telephone: (303) 279-8300

ATTORNEYS FOR PLAINTIFFS

1

/s/ Adam B. Wiens
Adam B. Wiens
John E. Bolmer
Hall & Evans, LLC
1001 Seventeenth Street
Suite 300
Denver, Colorado 80202
Telephone: (303) 628-3300

ATTORNEYS FOR CSAJAGHY
DEFENDANTS

/s/ James E. Pennington
James E. Pennington
900 Jackson Street, Suite 440
Dallas, Texas 75202-4473
Telephone: 214-741-3022

ATTORNEYS FOR PENNINGTON
DEFENDANTS

SO ORDERED this 10th day of April, 2015 by:

Hon. Kristen L. Mix
United States Magistrate Judge

2