**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 14-cv-02617-CMA-KLM

ERIK S. NELSON, and
STEVE STEPHENS,

    Plaintiffs,

v.

STEPHEN E. CSAJAGHY,
CONDIT CSAJAGHY, LLC,
JAMES E. PENNINGTON, and
THE LAW OFFICES OF JAMES E. PENNINGTON, P.C.,

    Defendants.

---

**FINAL JUDGMENT**

---

In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

Pursuant to the Order Adopting and Affirming May 28, 2015 Recommendation of United States Magistrate Judge and Denying Defendants' Motion for Sanctions of Judge Christine M. Arguello entered on June 30, 2015 it is

ORDERED that the Recommendation of United States Magistrate Judge Mix (Doc. 69) is AFFIRMED and ADOPTED as an order of this Court.  Pursuant to the Recommendation, it is

FURTHER ORDERED that Defendants' Motions to Dismiss (Doc. ## 16, 17) are GRANTED to the extent set forth above.

FURTHER ORDERED that Defendants' Motion for Sanctions (Doc. # 28) is DENIED.  It is

FURTHER ORDERED that this case is DISMISSED WITH PREJUDICE.

DATED June 30, 2015

        FOR THE COURT:
        JEFFREY P. COLWELL, CLERK

    By: s/ V. Barnes
        V. Barnes
        Deputy Clerk